NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, PATRIOT SCIENTIFIC CORPORATION,**
*Plaintiffs-Appellants*

**v.**

**HUAWEI TECHNOLOGIES CO., LTD., FUTUREWEI TECHNOLOGIES, INC., HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA INC., HUAWEI TECHNOLOGIES USA INC., ZTE CORPORATION, ZTE USA, INC., SAMSUNG ELECTRONIC CO., LTD, SAMSUNG ELECTRONICS AMERICA, INC., LG ELECTRONCIS, INC., LG ELECTRONCIS U.S.A., INC, NINTENDO CO., LTD, NINTENDO OF AMERICA, INC.,**
*Defendants-Appellees*

---

2016-1306, -1307, -1309, -1310, -1311

---

Appeals from the United States District Court for the Northern District of California in Nos. 3:12-cv-03865-VC, 3:12-cv-03876-VC, 3:12-cv-03877-VC, 3:12-cv-03880-VC, and 3:12-cv-03881-VC, Judge Vince Chhabria.

---

**O R D E R**

2   TECHNOLOGY PROPERTIES LIMITED v. HUAWEI TECHNOLOGIES CO., LTD.

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the five appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. Appellants' opening brief is due no later than February 9, 2016.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s32