**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Technology Propoerties Limited, LLC, et al. v. Huawei Technologies Co., Ltd., et al.

No. 16-1306, -1307, -1309, -1310, -1311

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　☑ As counsel for:　Nintendo of America Inc. & Nintendo Co., Ltd.
　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　　☐ Respondent　　☐ Amicus curiae　　☐ Cross Appellant
☐ Appellant　　☑ Appellee　　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　　☐ Respondent or appellee

My address and telephone are:

　　Name:　　　　　　　　Stephen R. Smith
　　Law firm:　　　　　　Cooley LLP
　　Address:　　　　　　 1299 Pennsylvania Ave., NW, Suite 700
　　City, State and ZIP:　Washington, DC 20004
　　Telephone:　　　　　 703-456-8035
　　Fax #:　　　　　　　 703-456-8100
　　E-mail address:　　　stephen.smith@cooley.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11/15/05

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes　　☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

　12/28/2015　　　　　　　　　　　　　/s/ Stephen R. Smith
　　Date　　　　　　　　　　　　　　Signature of pro se or counsel

cc: _____

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  December 28, 2015
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Stephen R. Smith | /s/ Stephen R. Smith |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Cooley LLP |
| Address | 1299 Pennsylvania Ave NW, Suite 700 |
| City, State, Zip | Washington, DC 20004 |
| Telephone Number | 703-456-8035 |
| Fax Number | 703-456-8100 |
| E-Mail Address | stephen.smith@cooley.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields