# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Technology Properties Limited, LLC   v.   Huawei Technologies Co., Ltd., et al.

No. 16-1306, -1307, -1309, -1310, -1311

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☒ As counsel for: ZTE Corporation and ZTE (USA) Inc.
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☐ Appellant    ☒ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

Name: Hersh H. Mehta
Law Firm: McDermott Will & Emery
Address: 227 West Monroe Street
City, State and Zip: Chicago, IL 60606
Telephone: 312-372-2000
Fax #: 312-984-7700
E-mail address: hmehta@mwe.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 8/8/2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☒ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 12/28/2015    Signature of pro se or counsel /s/ Hersh H. Mehta

cc: Counsel of Record

Reset Fields

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  December 28, 2015
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Charles M. McMahon | /s/ Charles M. McMahon |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | McDermott Will & Emery |
| Address | 227 West Monroe Street |
| City, State, Zip | Chicago, Illinois, 60606 |
| Telephone Number | 312-372-2000 |
| Fax Number | 312-984-7700 |
| E-Mail Address | cmcmahon@mwe.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields