# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

TECHNOLOGY PROPERTIES LIMITED LLC, ET AL. v. HUAWEI TECHNOLOGIES CO., LTD., ET AL.

No. 16-1306, -1307, -1309, -1310, -1311

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Technology Properties Limited LLC and Phoenix Digital Solutions LLC
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☒ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: Barry J. Bumgardner
Law Firm: Nelson Bumgardner, P.C.
Address: 3131 W. 7th Street, Suite 300
City, State and Zip: Fort Worth, Texas 76107
Telephone: 817-377-9111
Fax #: 817-377-3485
E-mail address: barry@nelbum.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/18/15

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☒ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 12/28/15    Signature of pro se or counsel /s/ Barry J. Bumgardner

cc: All Counsel of Record Via Court's CM-ECF

Reset Fields

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  December 28, 2015
by:

☐ U.S. Mail

☐ Fax

☐ Hand

[X] Electronic Means (by E-mail or CM/ECF)

| Barry J. Bumgardner | /s/ Barry J. Bumgardner |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Nelson Bumgardner, P.C. |
| Address | 3131 W. 7th Street, Suite 300 |
| City, State, Zip | Fort Worth, Texas 76107 |
| Telephone Number | 817-377-9111 |
| Fax Number | 817-377-3485 |
| E-Mail Address | barry@nelbum.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields