FORM 9. Certificate of Interest                                          Form 9

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Technology Properties Limited, et. al. v. Huawei Technologies Co. Ltd., et al.

Case No. 16-306, -1307, 1309, 1310, 1311

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellant certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Technology Properties Limited LLC

2. The name of the real party in interest (Please only include any real party in interest NOT identified in Question 3. below) represented by me is:

None.

3. All parent corporations and any publicly held companies that own 10 percent of the stock of the party or amicus curiae represented by me are listed below. (Please list each party or amicus curiae represented with the parent or publicly held company that owns 10 percent or more so they are distinguished separately.)

None

4. ☐ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

See Attachment "A"

| February 1, 2016 | /s/ William L. Bretschneider |
|---|---|
| Date | Signature of counsel |

Please Note: All questions must be answered

cc: All Counsel of Record Via Court's CM-ECF

William L. Bretschneider
Printed name of counsel



## Attachment "A" to the Certificate of Interest

### Counsel of Record for Technology Properties Limited LLC

William L. Bretschneider (SBN 144561)
**Silicon Valley Law Group**
50 W. San Fernando Street, Suite 750
San Jose, California 95113
Phone: (408) 573-5700
Fax: (408) 573-5701
wlb@svlg.com

Barry J. Bumgardner (*Pro Hac Vice*)
barry@nelbum.com
**NELSON BUMGARDNER, P.C.**
3131 W. 7th Street, Suite 300
Fort Worth, Texas 76107
[Tel.] (817) 377-9111
[Fax] (817) 377-3485

Christopher D. Banys (SBN 230038)
cdb@banyspc.com
Jennifer Lu Gilbert (SBN 255820)
jlg@banyspc.com
Christopher J. Judge (SBN 274418)
cjj@banyspc.com
Richard Cheng-hong Lin (SBN 209233)
rcl@banyspc.com
**BANYS, P.C.**
1032 Elwell Court, Suite 100
Palo Alto, California 94303
[Tel.] (650) 308-8505
[Fax] (650) 353-2202