NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, PATRIOT SCIENTIFIC CORPORATION,**
*Plaintiffs-Appellants*

**v.**

**HUAWEI TECHNOLOGIES CO., LTD., FUTUREWEI TECHNOLOGIES, INC., HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA INC., HUAWEI TECHNOLOGIES USA INC., ZTE CORPORATION, ZTE USA, INC., SAMSUNG ELECTRONIC CO., LTD, SAMSUNG ELECTRONICS AMERICA, INC., LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., NINTENDO CO., LTD, NINTENDO OF AMERICA, INC.,**
*Defendants-Appellees*

---

2016-1306, -1307, -1309, -1310, -1311

---

Appeals from the United States District Court for the Northern District of California in Nos. 3:12-cv-03786-VC, 3:12-cv-03865-VC, 3:12-cv-03876-VC, 3:12-cv-03877-VC, 3:12-cv-03880-VC, and 3:12-cv-03881-VC, Judge Vince Chhabria.

---

**ON MOTION**

2  TECHNOLOGY PROPERTIES LIMITED v. HUAWEI TECHNOLOGIES CO., LTD.

---

# ORDER

Upon consideration of Appellants' unopposed motion for a 30-day extension of time, until March 10, 2016, to file their opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25