Case No. 2016-1306, -1307, -1309, -1310, -1311

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, PATRIOT SCIENTIFIC CORPORATION,

Plaintiffs- Appellants,

v.

HUAWEI TECHNOLOGIES CO., LTD., FUTUREWEI TECHNOLOGIES, INC., HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA INC., HUAWEI TECHNOLOGIES USA INC., ZTE CORPORATION, ZTE USA, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., NINTENDO CO., LTD., NINTENDO OF AMERICA INC.,

Defendants-Appellees.

Appeal from the United States District Court for the Northern District of California in Case Nos. 3:12-cv-03865-VC, 3:12-cv-03876-VC, 3:12-cv-03877-VC, 3:12-cv-03880-VC, and 3:12-cv-03881-VC, Judge Vince Chhabria.

## DEFENDANTS-APPELLEES' UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF

DATED:  March 29, 2016

**DLA PIPER LLP (US)**
Mark D. Fowler
Aaron Wainscoat
Erik R. Fuehrer
2000 University Avenue
East Palo Alto, CA 94303
Tel. (650) 833-2000
Fax (650) 833-2001

Attorneys for Defendants-Appellees
SAMSUNG ELECTRONICS CO., LTD. and
SAMSUNG ELECTRONICS AMERICA, INC.

*Additional counsel listed on signature block.*

**MOTION FOR 30-DAY EXTENSION OF TIME TO FILE INITIAL BRIEF**

Pursuant to Federal Circuit Rule 26(b), Defendants-Appellees Huawei Technologies Co., Ltd., Futurewei Technologies, Inc., Huawei Device Co., Ltd., Huawei Device USA Inc., Huawei Technologies USA Inc., ZTE Corporation, ZTE USA, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., LG Electronics, Inc., LG Electronics U.S.A., Inc., Nintendo Co., Ltd. and Nintendo of America Inc. (collectively, "Defendants-Appellees") file this First Unopposed Motion for 30-Day Extension of Time to File Initial Brief, and in support thereof, show as follows:

1. Plaintiffs-Appellants filed their initial brief on March 10, 2016, pursuant to an unopposed motion for a 30-day extension of time granted by the Court on February 4, 2016. Defendants-Appellees' initial brief is currently due on April 22, 2016.

2. Defendants-Appellees respectfully request a 30-day extension of time to file their initial brief on behalf of all Defendants-Appellees, up to and including May 23, 2016. As set forth in the declaration attached hereto, good cause exists for this extension to allow the Defendants-Appellees to fully brief the issues presented in these appeals and to coordinate and prepare a joint response to allow for a more efficient review for this Court.

3. Counsel for Defendants-Appellees conferred with counsel for Plaintiffs-Appellants regarding this motion, and said counsel indicated that they

do not oppose the relief requested in this motion and will not be filing a response in opposition. Defendants-Appellees have not previously requested an extension of time to file their initial brief.

## CONCLUSION

For the foregoing reasons, Defendants-Appellees respectfully requests that the Court grant their First Unopposed Motion for Extension of Time to File Initial Brief and extend the deadline for filing their initial brief by 30 days from April 22, 2016 to May 23, 2016.

Dated: March 29, 2016

**DLA PIPER LLP (US)**

*/s/ Aaron Wainscoat*
Mark D. Fowler
Aaron Wainscoat
Erik R. Fuehrer
2000 University Avenue
East Palo Alto, CA 94303
Tel. (650) 833-2000
Fax (650) 833-2001

James M. Heintz
11911 Freedom Dr.
Reston, VA 20190
Tel. (703) 733-4000
Fax (703)733-5000

Robert C. Williams
401 B Street, Suite 1700
San Diego, California 92101

Tel. (619) 699-2700
Fax (619) 699-2701

Attorneys for Defendants-Appellees
SAMSUNG ELECTRONICS CO.,
LTD. and SAMSUNG ELECTRONICS
AMERICA, INC.

**MCDERMOTT WILL & EMERY LLP**

*/s/ Charles M. McMahon*
MCDERMOTT WILL & EMERY LLP
Charles M. McMahon (*pro hac vice*)
cmcmahon@mwe.com
Hersh H. Mehta (*pro hac vice*)
hmehta@mwe.com
227 West Monroe Street
Chicago, IL 60606
[Tel.] (312) 372-2000
[Fax] (312) 984-7700

Attorneys for Defendants-Appellees
ZTE CORPORATION and ZTE (USA)
INC.

**STEPTOE & JOHNSON LLP**

/s/  Timothy C. Bickham
Timothy C. Bickham
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-5517
Facsimile:  (202) 429-3902

Attorneys for Defendants-Appellees
HUAWEI TECHNOLOGIES CO.,

LTD., HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA INC., FUTUREWEI TECHNOLOGIES, INC., and HUAWEI TECHNOLOGIES USA INC.

**FISH & RICHARDSON P.C.**

*/s/  Wasif Qureshi*
Christian A. Chu (CA SBN 218336)
chu@fr.com
FISH & RICHARDSON P.C.
1425 K Street, NW, Suite 1100
Washington, DC  20005
Telephone:  (202) 783-5070
Facsimile:  (202) 783-2331

Wasif Qureshi, *pro hac vice*
qureshi@fr.com
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile:  (713) 652-0109

Attorneys for Defendants-Appellees
LG ELECTRONICS, INC. and
LG ELECTRONICS USA. INC.

**COOLEY LLP**

*/s/  Matthew J. Brigham*
**Cooley LLP**
Matthew J. Brigham (SBN 191428)
mbrigham@cooley.com
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Stephen R. Smith (pro hac vice)
stephen.smith@cooley.com
1299 Pennsylvania Ave., NW
Suite 700
Washington, DC 20004
COOLEY LLP
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

Attorneys for Defendants-Appellees
NINTENDO CO., LTD and NINTENDO
OF AMERICA INC.

Case No. 2016-1306, -1307, -1309, -1310, -1311

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, PATRIOT SCIENTIFIC CORPORATION,

Plaintiffs- Appellants,

v.

HUAWEI TECHNOLOGIES CO., LTD., FUTUREWEI TECHNOLOGIES, INC., HUAWEI DEVICE CO., LTD., HUAWEI DEVICE USA INC., HUAWEI TECHNOLOGIES USA INC., ZTE CORPORATION, ZTE USA, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., NINTENDO CO., LTD., NINTENDO OF AMERICA INC.,

Defendants-Appellees.

Appeal from the United States District Court for the Northern District of California in Case Nos. 3:12-cv-03865-VC, 3:12-cv-03876-VC, 3:12-cv-03877-VC, 3:12-cv-03880-VC, and 3:12-cv-03881-VC, Judge Vince Chhabria.

**DECLARATION OF AARON WAINSCOAT IN SUPPORT OF DEFENDANTS-APPELLEES' UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF**

I, Aaron Wainscoat, in accordance with 28 U.S.C. § 1746, declare as follows:

1.	I am counsel of record for Appellees Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") in the above-captioned appeal.

2.	I make this declaration in support of the accompanying Motion for Extension of Time for the Defendants-Appellees to File Initial Brief.

1.	Defendants-Appellees seek a 30-day extension of time for the Defendants-Appellants to file their initial brief to allow the Defendants-Appellees to fully brief and coordinate the issues presented in these appeals for a more efficient review for this Court. Good cause exists for the requested extension as preparing and briefing the issues among four distinct Defendant-Appellee groups, in an effort to file a single, consolidated brief, will require additional time in the weeks before the brief comes due.

2.	I personally contacted counsel for Plaintiffs-Appellants who all indicated non-opposition to a 30-day extension, which would result in the Defendants-Appellees initial brief coming due on May 23, 2016.

3.	On February 4, 2016, pursuant to an agreement among the parties and an unopposed motion, this Court granted Plaintiffs-Appellants an extension of 30 days to file their initial brief. Defendants-Appellees have not previously requested an extension of time to file their initial brief.

4. Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: March 29, 2016             */s/ Aaron Wainscoat*
                                  Aaron Wainscoat

**FORM 9.  Certificate of Interest**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Technology Properties Limited LLC, et al.  v. Huawei Technologies Co., Ltd. et al.

No. 16-1306, -1307, -1309, -1310, -1311

## CERTIFICATE OF INTEREST

Counsel for Appellees **Samsung Electronics Co., Ltd. & Samsung Electronics America, Inc.** certifies the following (use "None" if applicable; use extra sheets if necessary):

1.  The full name of every party or amicus represented by me is:
**Samsung Electronics Co., Ltd.**
**Samsung Electronics America, Inc.**

2.  The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:
**Samsung Electronics Co., Ltd.**
**Samsung Electronics America, Inc.**

3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

**Samsung Electronics Co., Ltd. – None**

**Samsung Electronics America, Inc. – Samsung Electronics America, Inc. is a wholly-owned subsidiary of Samsung Electronics Co., Ltd.**

4.  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

DLA Piper LLP (US):  Mark Fowler, Erik Fuehrer, Ryan Cobb, James Heintz, Stanley Panikowski, Aaron Wainscoat, Robert Williams

|  |  |
|---|---|
| December 22, 2015 | /s/ Aaron Wainscoat |
| Date | Signature of counsel |
|  | Aaron Wainscoat |
|  | Printed name of counsel |

cc:  All Counsel of Record

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Technology Properties Limited, LLC    v.    Huawei Technologies Co. Ltd., et al.

Case No.    16-1306, -1307, -1309, -1310, -1311

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellee ZTE Corporation and ZTE (USA) Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

ZTE Corporation and ZTE (USA) Inc.

2. The name of the real party in interest (Please only include any real party in interest NOT identified in Question 3. below) represented by me is:

ZTE Corporation and ZTE (USA) Inc.

3. All parent corporations and any publicly held companies that own 10 percent of the stock of the party or amicus curiae represented by me are listed below. (Please list each party or amicus curiae represented with the parent or publicly held company that owns 10 percent or more so they are distinguished separately.)

Shenzhen Zhongxingxin Telecommunications Equipment Company Limited

4. ☒ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

McDermott Will & Emery: Jay H. Reiziss, Charles M. McMahon, Hersh H. Mehta, Kieran L. Kieckhefer, Fabio Marino; Brinks Gilson & Lione: William H. Frankel, Robert S. Mallin; Sheppard, Mullin, Richter & Hampton LLP: Scott R. Miller; Davis Wright Tremaine LLP: Martin L. Fineman.

| 12/28/2015 | /s/ Charles M. McMahon |
|---|---|
| Date | Signature of counsel |

Please Note: All questions must be answered

cc: Counsel of Record

Charles M. McMahon
Printed name of counsel

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Technology Properties Limited   v.   Huawei Technologies Co., Ltd.

Case No.   16-1306, -1307, -1309, -1310, -1311

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (**appellee**) (amicus) (name of party) Huawei Technologies Co., Ltd., et al. (See attached page 2) certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Huawei Technologies Co., Ltd.; Futurewei Technologies, Inc.; Huawei Device Co., Ltd.; Huawei Device USA Inc.; Huawei Technologies USA, Inc.

2. The name of the real party in interest (Please only include any real party in interest NOT identified in Question 3. below) represented by me is:

Huawei Technologies Co., Ltd.; Futurewei Technologies, Inc.; Huawei Device Co., Ltd.; Huawei Device USA Inc.; Huawei Technologies USA, Inc.

3. All parent corporations and any publicly held companies that own 10 percent of the stock of the party or amicus curiae represented by me are listed below. (Please list each party or amicus curiae represented with the parent or publicly held company that owns 10 percent or more so they are distinguished separately.)

See attached page 2.

4. [X] The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

Steptoe & Johnson LLP: Timothy C. Bickham, William F. Abrams, Michael Flynn-O'Brien, Huan-Yi Lin, Morgan Linscott Hector

December 28, 2015          /s/ Timothy C. Bickham
Date                       Signature of counsel

Please Note: All questions must be answered

                           Timothy C. Bickham
cc:                        Printed name of counsel

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## Technology Properties Limited v. Huawei Technologies Co., Ltd.

## Case No. 16-1306

### CERTIFICATE OF INTEREST
### (Attached Page 2)

Counsel for the Appellee Huawei Technologies Co., Ltd.; Futurewei Technologies, Inc.; Huawei Device Co., Ltd.; Huawei Device USA Inc.; and Huawei Technologies USA, Inc. certifies the following:

-------------------------------------------------------------------------------

3.     All parent corporations and any publicly held companies that own 10 percent of the stock of the party or amicus curiae represented by me are listed below.

Huawei Technologies Co., Ltd. is a wholly owned subsidiary of Huawei Investment & Holding Co., Ltd. and no publicly held company owns 10% or more of its stock.

Huawei Device Co., Ltd. is jointly owned by Huawei Technologies Co., Ltd. and Huawei Tech. Investment Co., Ltd. and no publicly held company owns 10% or more of its stock.

Huawei Device USA Inc. is a wholly owned subsidiary of Huawei Device (Hong Kong) Co., Ltd. and no publicly held company owns 10% or more of its stock.

Futurewei Technologies, Inc. is a wholly-owned subsidiary of Huawei Technologies Coöperatief U.A. and that no publicly held company owns 10% or more of its stock.

Huawei Technologies USA, Inc. is a wholly owned subsidiary of Huawei Technologies Coöperatief U.A. and no publicly held company owns 10% or more of its stock.

Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Technology Properties Limited  v.  Huawei Technologies Co., Ltd.

No. 16-1306, -1307, -1309, -1310, -1311

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) LG Electronics, Inc.; LG Electronics U.S.A., Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

LG Electronics, Inc.
LG Electronics U.S.A., Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

LG Electronics, Inc.
LG Electronics U.S.A., Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

LG Electronics U.S.A., Inc. is a wholly-owned subsidiary of LG Electronics, Inc. LG Electronics, Inc. is owned in part by LG Corporation, a publicly-held Korean corporation and holding company. LG Corporation owns 10 percent or more of LG Electronics, Inc.'s stock.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Fish & Richardson P.C. - Michael J. McKeon; Christian A. Chu; Wasif H. Qureshi; Olga I. May; Shelley K. Mack (no longer with firm)

December 28, 2015
Date

/s/ Wasif Qureshi
Signature of counsel

Wasif Qureshi
Printed name of counsel

Please Note: All questions must be answered
cc: All counsel of record via CM-ECF

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Technology Properties Limited, LLC  v.  Huawei Technologies Co., Ltd., et al.

Case No. 16-1306, -1307, -1309, -1310, -1311

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellee Nintendo Co., Ltd. Nintendo of America Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Nintendo of America Inc. and Nintendo Co., Ltd.

2. The name of the real party in interest (Please only include any real party in interest NOT identified in Question 3. below) represented by me is:

N/A

3. All parent corporations and any publicly held companies that own 10 percent of the stock of the party or amicus curiae represented by me are listed below. (Please list each party or amicus curiae represented with the parent or publicly held company that owns 10 percent or more so they are distinguished separately.)

Nintendo Co., Ltd., is publicly traded in Japan, and owns 100% of Nintendo of America Inc. stock.

4. ☐ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

Cooley LLP: Thomas J. Friel, Jr.; Stephen R. Smith; Matthew J. Brigham
Nixon & Vanderhye, P.C.: Updeep S. Gill

12/28/2015  /s/ Stephen R. Smith
Date  Signature of counsel

Please Note: All questions must be answered

Stephen R. Smith
Printed name of counsel

cc:

Reset Fields

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   March 29, 2016
by:

☐  U.S. Mail

☐  Fax

☐  Hand

☒  Electronic Means (by E-mail or CM/ECF)

|  |  |
|---|---|
| Aaron Wainscoat | /s/ Aaron Wainscoat |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | DLA Piper LLP (US) |
| Address | 2000 University Avenue |
| City, State, Zip | East Palo Alto, CA 94303 |
| Telephone Number | (650) 833-2000 |
| Fax Number | (650) 833-2001 |
| E-Mail Address | aaron.wainscoat@dlapiper.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

WEST\266716664.1